

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **BILLY DAVIS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **2:09-cv-1155-AKK** |
| **ALABAMA CENTRAL CREDIT** | ) | |
| **UNION, SFC, and EQUIFAX** | ) | |
| **INFORMATION SERVICES,** | ) | |
| **LLC.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

On January 27, 2010, this court ordered plaintiff Billy W. Davis to inform the court by February 26, 2010, of his efforts to retain new counsel.[1]  Doc. 16.  To date, plaintiff has neither filed a status report with the court nor communicated with the court in any other manner.

On March 8, 2010, defendant Alabama Central Credit Union filed a Motion to Dismiss for Failure to Comply, (doc. 17), which this court denied.  Doc. 18. The court set this matter instead for a Rule 16(b) Scheduling Conference for today,

---

[1]Plaintiff's former counsel, K. Anderson Nelms, is no longer a member in good standing of the Alabama Bar and, consequently, the court terminated him as counsel of record in this case on January 27, 2010.  Doc. 16.  The court has been unable to contact Mr. Nelms and does not know when Mr. Nelms last communicated with his client.

Friday, March 26, 2010 at 10 a.m.  The court informed plaintiff that if he "either fails to appear for the conference or fails to respond to this Order, this case will be dismissed without prejudice."  Doc. 18.  Counsel for defendants appeared for the scheduling conference.  However, plaintiff failed to appear.  After waiting for plaintiff for fifteen minutes, the court excused counsel for defendants.  The court notes also that plaintiff never contacted this court today or otherwise made any effort to comply with the scheduling conference order.

Plaintiff filed this case on June 9, 2009 and has not made any efforts to prosecute this matter since then.  Indeed, this matter has had no apparent activity since July 2009.  Moreover, plaintiff has neither responded to this court's repeated efforts to contact him nor made contact with defendants' counsel.  In light of plaintiff's failure to prosecute this case and his blatant disregard for this court's orders, (docs. 16 and 18), the court hereby DISMISSES this matter WITH PREJUDICE.  Costs taxed as paid.

DONE this 26th day of March, 2010.


**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**